IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ASHLEIGH HARRISON                                              PLAINTIFF

v.                         3:16-cv-228-DPM

BEN HYNIMAN;
LARRY MILLS, Sheriff; and
LARRY JENNINGS                                                 DEFENDANTS

## ORDER

I recuse. My impartiality in this case could reasonably be questioned because of my friendship with Ben Hyneman. The Clerk must reassign the case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 September 2016