**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ASHLEIGH HARRISON                                               PLAINTIFF

V.                      NO: 3:16CV00228 JLH

BEN HYNIMAN *et al*                                          DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to plaintiff Ashleigh Harrison's claims against defendants Ben Hyniman and Larry Jennings, and without prejudice with respect to her claims against defendant Larry Mills; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of September, 2016.

                                                             *J. Leon Holmes*
                                                    UNITED STATES DISTRICT JUDGE